UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Search Warrants | Case No. 17-mc-50641<br><br>Hon. Bernard A. Friedman |

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Philip A. Ross
211 West Fort St. Suite 2001
Detroit, Michigan 48226
(313) 226-9790
Email: Philip.Ross@usdoj.gov

*Terminate the following AUSA(s):*

John Engstrom
211 West Fort St. Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Email: John Engstrom@usdoj.gov

Dawn N. Ison
United States Attorney

*s/Philip A. Ross*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.Ross@usdoj.gov
(313) 226-9790
Virginia State Bar #70269

Date: October 6, 2022