UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: SEALED MATTER            17-mc-50641-1 through
                                                                  17-mc-50641-6

_____/

**MOTION TO UNSEAL SEARCH WARRANTS, AFFIDAVITS IN SUPPORT OF SEARCH WARRANTS, AND ANY ATTENDANT PAPERS INCLUDING SEARCH WARRANT RETURNS**

The United States of America, respectfully moves for an order unsealing the search warrants enumerated as 17-mc-50641-1, 17-mc-50641-2, 17-mc-50641-3, 17-mc-50641-4, 17-mc-50641-5, and 17-mc-50641-6 in the above-entitled cause be unsealed along with any Applications for Search Warrants, Any Attendant Papers Including Search Warrant Returns for the following reasons:

1. There no longer exists any reason justifying the court's initial order sealing these respective search warrants.

**WHEREFORE,** the government respectfully requests that said documents in this cause be unsealed.

Respectfully submitted,

Dawn N. Ison
United States Attorney

 s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street
Detroit, Michigan 48226
Philip.Ross@usdoj.gov
(313) 226-9790

October 6, 2022

**IT IS SO ORDERED.**

**s/JONATHAN J.C. GREY**
Jonathan J.C. Grey
United States Magistrate Judge

Entered: October 6, 2022